UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOSE ROJAS,

    Plaintiff,

v.                                          Case No. 5:15cv288-LC-CJK

STEVEN L. OWENS, et al.,

    Defendants.
_____/

REPORT AND RECOMMENDATION

This is a civil rights action filed pursuant to 42 U.S.C. § 1983. At the time plaintiff instituted suit, he was a prisoner in the custody of the Florida Department of Corrections ("FDOC"). Plaintiff was released from custody on April 18, 2018. *See http://www.dc.state.fl.us/offenderSearch/detail.aspx?Page=Detail&DCNumber=M70944&TypeSearch=IR*. Although plaintiff provided the FDOC an address upon release, he has not contacted the court to update his address from the institutional address last provided.

On July 10, 2018, the undersigned entered an order (doc. 22) advising that, before he rules on defendants' pending motion to dismiss, plaintiff must confirm he resides at the address indicated on the FDOC website and intends to continue prosecuting this action despite failing to update his address. The undersigned

directed the clerk of court to send a copy of the order to plaintiff at the address indicated on the FDOC website and allowed plaintiff 14 days from the date of the order in which to respond. The undersigned advised that failure to comply with the order as instructed would result in a recommendation that the matter be dismissed for failure to prosecute and/or failure to comply with an order of the court.

After more than 14 days passed and plaintiff had not complied, the undersigned entered an order (doc. 23) allowing plaintiff 14 days in which to show cause why the matter should not be dismissed for failure to prosecute and/or failure to comply with an order of the court. The undersigned advised that in the event plaintiff failed to respond, the undersigned would recommend, without further notice, that the matter be dismissed. More than 14 days have passed and plaintiff has not responded.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and/or failure to comply with an order of the court.

2. That the Clerk be directed to close the file.

Case No. 5:15cv288-LC-CJK

At Pensacola, Florida this 17th day of August, 2018.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon the magistrate judge and all other parties.  A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.**