**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**JOSE ROJAS,**

       **Plaintiff,**

**v.**                                                                 **Case No. 5:15cv288-LC-CJK**

**STEVEN L. OWENS, et al.,**

       **Defendants.**

_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 17, 2018 (doc. 24). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.      This case is DISMISSED WITHOUT PREJUDICE for plaintiff's failure

to prosecute and/or failure to comply with an order of the court.

3.      The Clerk is directed to close the file.

**DONE AND ORDERED** this 14th day of September, 2018.


_s/L. A. Collier_
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**